UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN SMITH, on Behalf of Himself and Others Similarly Situated, | ] ] ] | CASE NO. 4:13-3017 |
| *Plaintiffs*, | ] ] | |
| v. | ] ] | COLLECTIVE ACTION |
| NEWALTA ENVIRONMENTAL SERVICES, INC., | ] ] ] ] | |
| *Defendant*. | ] ] | |

## ORIGINAL COMPLAINT

### SUMMARY

1.      Newalta Environmental Services, Inc. (Newalta) does not pay its Solids Control Technicians overtime. Newalta's policy of paying these blue collar employees a salary, with no overtime pay, violates the Fair Labor Standards Act (FLSA). This collective action seeks to recover the unpaid wages and other damages owed to these workers.

### JURISDICTION & VENUE

2.      This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

3.      Venue is proper because Newalta is headquartered in this District (specifically, in The Woodlands). Smith also worked in the Southern District of Texas, though it was closer to the Mexican border (i.e., in the Valley). in this Court pursuant to 28 U.S.C. §§ 1391 (b) & (c) because

Newalta resides in this District, and a substantial part of the events alleged herein occurred in this District.

## PARTIES

4. Brian Smith (Smith) started working for Newalta in early 2012. He worked in the formation known as the Texas Eagle Ford Shale. Newalta paid him on a salary basis. Smith's written consent to this action is attached.

5. Smith brings this action on behalf of himself and all other similarly situated Solids Control Technicians. Newalta paid all of its Solids Control Technicians using the same "salaried" payment scheme that did not provide them with any overtime premium for hours worked in excess of 40 in a workweek.

6. Newalata is a Delaware corporation headquartered in The Woodlands.  enterprise consisting of a family of related staffing companies, including Newalta Staffing Services and Newalta Energy Services (among others). Newalta is a Louisiana corporation and it employed Smith and the other Day Rate Workers. Newalta may be served through its registered agent.

## FACTS

7. Newalta is an environmental company supplying a variety of services to the oil and gas industry. It is a subsidiary of Newlata Corporation, a Canadian company.[1]

8. In each of the past three years, Newalta's gross revenues exceeded $500,000.

9. Over the past three years, Newalta employed dozens of individuals - including Smith – in various states across the county.

---

[1] http://www.newalta.com/

2

10.     Newalta's employees routinely handle goods or materials - such as hard hats, tools, steel toe shoes, automobiles, and cell phones - that have moved in, or were produced for, interstate commerce.

11.     As part of its workforce, Newalta employs Solids Control Technicians.

12.     Solids Control Technicians set up, tear down, monitor and maintain centrifuges. They are blue collar workers whose work involves repetitive manual labor such as performing pre and post job equipment inspections, performing preventative maintenance procedures on the solids control equipment, operating support equipment, assembling and preparing equipment for installation.

13.     Solids Control Technicians are required to follow well established quality standards and safety procedures.

14.     No college degree is required (or even typical) to be a Solids Control Technician. Newalta regularly hires Solids Control Technicians with only a high school diploma or GED.

15.     Solids Control Technicians perform similar job functions. To the extent their duties vary, those differences are not relevant for determining the Solids Control Technicians' right to overtime pay.

16.     Newalta's Solids Control Technicians are non-exempt employees.

17.     Newalta pays all its Solids Control Technicians on a salary system whereby Solids Control Techs receive a base "salary" plus a shift rate for working out on rigs. But they do not receive overtime pay.

18.     This is despite the fact Newalta knows its Solids Control Technicians work more than 40 hours in a week. Indeed, Newalta tells applicants: "The work schedule are (sic) 12 hour

3

shifts generally but may be longer depending on the activity at the rig site with 14 days on 7 days off rotation."[2]

19. Newalta's records also reflect the fact its Solids Control Technicians - including Smith - work more than 40 hours a week.

20. It is common knowledge in the industry that Solids Control Technicians are not exempt from the FLSA's overtime provisions.[3] Newalta showed reckless disregard for whether its Solids Control Technicians were exempt from the FLSA's overtime provisions.

### COLLECTIVE ALLEGATIONS

21. Newalta's policy of paying non-exempt workers a salary plus shift rate, with no overtime pay, violates the FLSA.

22. Newalta's failure to pay overtime affects all the Solids Control Technicians in a similar manner. Smith and the other Solids Control Technicians are similarly situated for the purposes of their overtime claims.

23. The collective action class is therefore properly defined as:

**All Solids Control Technicians employed by Newalta since October 14, 2010.**

### CAUSE OF ACTION

24. By failing to pay Smith and the other Solids Control Technicians overtime at one-and-one-half times their regular rates, Newalta violated the FLSA's overtime provisions.

---

[2]   Newalta Job Posting, available at: http://www.rigzone.com/jobs/postings/356606/Solids_Control_Technician.asp (last visited 10/13/2013).
[3]   *See, e.g.,* http://www.stradenergy.com/careers/CareerDetails/2013/08/28/solids-control-technician--williston-north-dakota-usa (job opening noting Solids Control Technicians are non-exempt);

4

25.     Newalta owes Smith and the other Solids Control Technicians the difference between the rate actually paid and the proper overtime rate.  Because Newalta knew, or showed reckless disregard for whether, its pay practices violated the FLSA, Newalta owes these wages for at least the past three years.

26.     Newalta also owes Smith and the other Solids Control Technicians an amount equal to the unpaid overtime wages as liquidated damages.

27.     Smith and the other Solids Control Technicians are entitled to recover all reasonable attorneys' fees, costs, and expenses incurred in this action.

## PRAYER

Wherefore, Smith prays for relief as follows:

1.     An order allowing this action to proceed as a representative collective action under the FLSA;

2.     Judgment awarding Smith and the other Solids Control Technicians all unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and expenses under the FLSA;

3.     Pre- and post-judgment interest at the highest rate allowable by law; and

4.     All such other and further relief to which Smith and the other Solids Control Technicians may show themselves to be justly entitled.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /s/ Rex Burch
_____
Richard J. (Rex) Burch
S.D. Tex. No. 21615
Texas Bar No. 24001807
*Attorney-In-Charge for Plaintiffs*
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

6