IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03507-CMA-CBS (Consolidated for all purposes with
Civil Action No. 14-cv-01037-CMA-CBS)

JOSEPH REID and
GORDON MILLER, on behalf of themselves and similarly situated employees,

    Plaintiffs,

v.

NEWALTA ENVIRONMENTAL SERVICES, INC.,

    Defendant.

---

## ADDENDUM TO SETTLEMENT AGREEMENT AND RELEASE
---

Plaintiff Brian Smith ("Smith") and Newalta Environmental Services, Inc. ("Newalta") enter into this Addendum to Settlement Agreement and Release ("Addendum"), such Settlement Agreement and Release being dated January 2015 and approved by the Court on February 19, 2015 (the "Settlement Agreement"). This Addendum addresses the resolution of claims asserted by Claudio Ferdinand who, at the time the Settlement Agreement was filed with the Court, the Parties believed had accepted the United States Department of Labor's settlement of his claim. The Parties have since discovered that Mr. Ferdinand did not receive a settlement payment in connection with the Department of Labor settlement. Accordingly, the Parties have agreed to resolve Mr. Ferdinand's claims by adding him to the Settlement Agreement. To that end, the Parties agree that the Settlement Agreement approved by the Court on February 19, 2015 shall be amended to incorporate the settlement payment for Mr. Ferdinand as set forth herein. Except as

**EXHIBIT 1**

expressly modified in this Addendum, the terms of the Settlement Agreement shall remain in full force and effect.

## Section 1 – Definitions

A. **Amendments to Section 1 of the Settlement Agreement.** The following paragraphs of Section 1 of the Settlement Agreement and Release are amended and restated as follows:

1.6 "Gross Settlement Amount" means one hundred forty thousand dollars and zero cents ($145,300.00) to be paid by Defendant. This Gross Settlement Amount is the total amount that Defendant shall pay in connection with this settlement.

1.8 Net Settlement Amount" means the Gross Settlement Amount less any Litigation Fees/Expenses. If the Court approves $42,000.00 in Litigation Fees/Expenses, then the Net Settlement Amount will equal $103,300.00. "Settlement Payment Amount" means that portion of the Net Settlement Amount allocated to each Plaintiff, as determined by Plaintiffs' Counsel, as listed below:

| LAST NAME | FIRST NAME | SETTLEMENT PAYMENT AMOUNT | WAGE PORTION | 1099 PORTION | FEES & COSTS |
|---|---|---|---|---|---|
| Abby | Rodney | $769.98 | $593.67 | $176.31 | $329.99 |
| Akins | Christopher | $1,304.36 | $1,304.36 | | $559.01 |
| Brooks | Jason W. | $19,546.87 | $15,070.97 | $4,475.90 | $8,377.23 |
| Brown | Darren J. | $7,932.28 | $6,115.92 | $1,816.36 | $3,399.55 |
| Farris | Rickey | $1,119.29 | $1,119.29 | | $479.70 |
| Ferdinand | Claudio | $5,300.00 | $1,855.00 | $3,445.00 | |
| Miller | Shawn | $3,154.95 | $3,154.95 | | $1,352.12 |
| Reed | Richard | $9,759.30 | $7,524.58 | $2,234.71 | $4,182.56 |
| Smith | Brian | $13,041.56 | $10,055.26 | $2,986.30 | $5,589.24 |

| Thompson | Caleb | $6,371.42 | $4,912.47 | $1,458.95 | $2,730.61 |
|---|---|---|---|---|---|
| Watkins | Thomas | $35,000.00 | $35,000.00 | | $15,000.00 |
| TOTAL | | **$103,300.00** | **$86,706.47** | **$16,593.53** | **$42,000.00** |

The Parties agree that they will jointly move to dismiss Stephen Barrington, Adrien Coleman, Quintero (Edel) Cornejo, and Randy Tarver from the Lawsuit because they are either not within the putative class or have not submitted a valid and timely claim pursuant to 29 U.S.C. § 216(b).

## Section 2 – Monetary Payments

**A.     Amendments to Section 2 of the Settlement Agreement.**   The following paragraph of Section 2 of the Settlement Agreement and Release is amended and restated as follows:

2.1     Subject to Court approval and in consideration of the release of claims set forth in this Settlement Agreement, Defendant agrees to settle and compromise the Lawsuit by paying to or for the benefit of the Plaintiffs the Gross Settlement Amount of one hundred forty-five thousand three hundred dollars and zero cents ($145,300.00), which will be distributed in accordance with the provisions of this Settlement Agreement, subject to the terms and conditions set forth in this Settlement Agreement.  Payment of the Gross Settlement Amount shall be the sole financial obligation of Defendant under this Settlement Agreement.

## Miscellaneous

Since the Court has already approved the Settlement Agreement as to all other Plaintiffs, for purposes of this Addendum, the "Approval Date" shall be date on which the Court enters an Order approving this Addendum.

**IN WITNESS WHEREFORE**, the undersigned duly executed this Settlement Agreement as of the date indicated below:

**FOR PLAINTIFFS:**

Dated: March 12, 2015

*/s/ Brian Smith* (DocuSigned)
Plaintiff Brian Smith

Dated: March 12, 2015

*/s/ Richard "Rex" Burch* (DocuSigned)
Bruckner Burch PLLC

**FOR DEFENDANT:**

Dated: March __, 2015

_____
Newalta Environmental Services, Inc.

Dated: March __, 2015

_____
Moye White LLP

4

**IN WITNESS WHEREFORE**, the undersigned duly executed this Settlement Agreement as of the date indicated below:

**FOR PLAINTIFFS:**

Dated: March ___, 2015

_____
Plaintiff Brian Smith

Dated: March ___, 2015

_____
Bruckner Burch PLLC

**FOR DEFENDANT:**

Dated: March 10, 2015

_____
Newalta Environmental Services, Inc.

Dated: March 12, 2015

_____
Moye White LLP

4